**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| CORNELIUS WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:16CV161 SNLJ |
| | ) | |
| IAN WALLACE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on its own motion. The Office of the Missouri Attorney General has notified the Court that it cannot waive service for defendant Jay Gorham because he is no longer employed by the State of Missouri. As a result, the Court will direct defense counsel to submit to the Court, under seal, the last known residential address for defendant Jay Gorham.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel will provide the Court with defendant Jay Gorham's last known address, under seal, no later than twenty-one (21) days from the date of this Order.

Dated this 1ˢᵗ day of November, 2016.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE